**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 97-30677**
**Summary Calendar**
_____

**THE CONTINENTAL INSURANCE COMPANY,**

**Plaintiff,**

**versus**

**LANECO CONSTRUCTION SYSTEM INCORPORATED,**

**Defendants,**

**LANECO CONSTRUCTION SYSTEM INCORPORATED,**

**Defendant-Appellee,**

**versus**

**CARL E. WOODWARD, Incorporated,**

**Defendant-Appellant.**

_____

**Appeal from the United States District Court**
**for the Eastern District of Louisiana**
**(94-CV-3338)**
_____

February 19, 1998

Before WIENER, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Carl E. Woodward, Incorporated, appeals the judgment

dismissing its cross-claim seeking indemnity and defense costs from

_____

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Laneco Construction Systems, Inc.  Woodward contends that the district court erred by concluding that the defense and immunity provision of the Subcontract Agreement between Woodward and Laneco is ambiguous.

Essentially for the reasons stated by the district court, *The Continental Ins. Co. v. Laneco Construction Systems, Inc.*, No. 94-3338 (E.D. La. Apr. 24, 1997), the judgment is

*AFFIRMED.*